# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00453-CV

**Volkswagen Aktiengesellschaft, Appellant**

**v.**

**The State of Texas and Travis County, Texas, Appellees**

### FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-16-000370, THE HONORABLE TIM SULAK, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Volkswagen Aktiengesellschaft has filed a motion for temporary relief, seeking to stay the underlying proceedings during pendency of its interlocutory appeal from an order denying its special appearance. We grant the motion and stay all proceedings in the MDL court, except for any jurisdictional-specific discovery proceeding related to the special appearances of other defendants, until disposition of the appeal or until further order of this Court. *See* Tex. R. App. P. 29.3 (providing that appellate court may make temporary orders necessary to preserve parties' rights until disposition of the appeal).

It is ordered on March 6, 2020.

Before Chief Justice Rose, Justice Triana, and Justice Smith